SUSANNA MULLEN, Respondent, v. UNITED STATES CASUALTY COMPANY,

Appellant.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs on appeal at opening of the November term. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.